AO 241
(Rev. 06/13)

Page 2

FILED
U.S. DISTRICT COURT
DISTRICT OF NEW MEXICO

OCT 11 PM 12: 01

PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF
HABEAS CORPUS BY A PERSON IN STATE CUSTODY

CLERK-LAS CRUCES

| United States District Court | District: | CLERK-LAS CRUCES |
| --- | --- | --- |

| Name (under which you were convicted): Anthony Morales  22-CV-762-MV-LF | Docket or Case No.: D-1226-CR 201500196 CR 201500196 CR 201500172 CR 201600172 |
| --- | --- |

| Place of Confinement : Lea County Correctional Facility | Prisoner No.: 84358 |
| --- | --- |

| Petitioner (include the name under which you were convicted) Anthony Morales | Respondent (authorized person having custody of petitioner) v. State of New Mexico |
| --- | --- |

| The Attorney General of the State of: New Mexico |
| --- |

**PETITION**

1.   (a) Name and location of court that entered the judgment of conviction you are challenging:

State of New Mexico, County of Lincoln, Twelfth Judicial District

  (b) Criminal docket or case number (if you know): _____

2.   (a) Date of the judgment of conviction (if you know): April 17, 2017

  (b) Date of sentencing: September 1, 2017

3.   Length of sentence: 24 years

4.   In this case, were you convicted on more than one count or of more than one crime? ☑ Yes    ☐ No

5.   Identify all crimes of which you were convicted and sentenced in this case:

Conspiracy to Commit Trafficking (by Distribution) (5597) 2 counts, Recieving Stolen Property (Retain)(Firearm), (1076) 2 Counts, Recieving Stolen Property (Dispose)(Over $2500 but Not More Than $20,000) (6170), Abuse of a Child (Does Not Result in Death or Great Bodily Harm) (6562), Trafficking (by Possession With Intent to Distribute) (4865)

6.   (a) What was your plea? (Check one)

     ☐ (1)   Not guilty      ☑ (3)   Nolo contendere (no contest)

     ☐ (2)   Guilty      ☐ (4)   Insanity plea

AO 241
(Rev. 06/13)

(b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did you plead guilty to and what did you plead not guilty to?   _Nolo Contendere plea on all charges_

(c) If you went to trial, what kind of trial did you have? (Check one)

    ☐ Jury   ☑ Judge only

7.   Did you testify at a pretrial hearing, trial, or a post-trial hearing?

    ☐ Yes   ☑ No

8.   Did you appeal from the judgment of conviction?

    ☐ Yes   ☑ No

9.   If you did appeal, answer the following:

(a) Name of court:

(b) Docket or case number (if you know):

(c) Result:

(d) Date of result (if you know):

(e) Citation to the case (if you know):

(f) Grounds raised:

(g) Did you seek further review by a higher state court?  ☑ Yes  ☑ No

    If yes, answer the following:

    (1) Name of court:  _Lincoln County District Court_

    (2) Docket or case number (if you know):

    (3) Result:  _Motion for Reconsideration of Sentence was denied._

    (4) Date of result (if you know):

AO 241
(Rev. 06/13)

Page 4

(5) Citation to the case (if you know): _____

(6) Grounds raised: <u>Sentence was unduly harsh as defendant</u>
<u>is a first time offender.</u>
_____

_____

(h) Did you file a petition for certiorari in the United States Supreme Court?   ☐ Yes   ☑ No

If yes, answer the following:

(1) Docket or case number (if you know): _____

(2) Result: _____

_____

(3) Date of result (if you know): _____

(4) Citation to the case (if you know): _____

10. Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions
concerning this judgment of conviction in any state court?   ☐ Yes   ☑ No

11. If your answer to Question 10 was "Yes," give the following information:

(a)   (1) Name of court: _____

(2) Docket or case number (if you know): _____

(3) Date of filing (if you know): _____

(4) Nature of the proceeding: _____

(5) Grounds raised: _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes   ☑ No

(7) Result: _____

(8) Date of result (if you know): _____

AO 241
(Rev. 06/13)                                                                                                          Page 5

(b) If you filed any second petition, application, or motion, give the same information:

　　　(1) Name of court: _____

　　　(2) Docket or case number (if you know): _____

　　　(3) Date of filing (if you know): _____

　　　(4) Nature of the proceeding: _____

　　　(5) Grounds raised: _____

　　　　　　_____

　　　　　　_____

　　　　　　_____

　　　　　　_____

　　　　　　_____

　　　　　　_____

　　　　　　_____

　　　　　　_____

　　　(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

　　　　　☐ Yes　　☐ No

　　　(7) Result: _____

　　　(8) Date of result (if you know): _____

(c) If you filed any third petition, application, or motion, give the same information:

　　　(1) Name of court: _____

　　　(2) Docket or case number (if you know): _____

　　　(3) Date of filing (if you know): _____

　　　(4) Nature of the proceeding: _____

　　　(5) Grounds raised: _____

　　　　　　_____

　　　　　　_____

　　　　　　_____

　　　　　　_____

　　　　　　_____

　　　　　　_____

　　　　　　_____

　　　　　　_____

AO 241
(Rev. 06/13)

Page 6

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes    ☐ No

(7) Result: _____

(8) Date of result (if you know): _____

(d) Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application, or motion?

(1) First petition:    ☑ Yes    ☐ No

(2) Second petition:    ☐ Yes    ☑ No

(3) Third petition:    ☐ Yes    ☑ No

(e) If you did not appeal to the highest state court having jurisdiction, explain why you did not:

Time limits to file an appeal were exceeded.

12. For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

CAUTION: To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.

GROUND ONE: Defendant was never observed actually distributing any controlled substance, all evidence supporting that claim is circumstantial.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

When Ruidoso PD set up a controlled buy, defendant was not observed selling narcotics, and in fact the report made by RPD states that their CI purchased narcotics from Zane Reed not the defendant

(b) If you did not exhaust your state remedies on Ground One, explain why: The attorney who represented me in my case misled me on what my avenues for relief were

AO 241
(Rev. 06/13)

Page 7

(c)    **Direct Appeal of Ground One:**

(1) If you appealed from the judgment of conviction, did you raise this issue?      ☐ Yes    ☑ No

(2) If you did not raise this issue in your direct appeal, explain why:  Counsel led me to believe that this issue was not grounds for an appeal

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?
☐ Yes    ☑ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition:

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(3) Did you receive a hearing on your motion or petition?                                            ☐ Yes    ☑ No

(4) Did you appeal from the denial of your motion or petition?                                     ☐ Yes    ☑ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?    ☐ Yes    ☑ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:
I did not know that I had sufficient grounds for appeal

AO 241
(Rev. 06/13)

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have

used to exhaust your state remedies on Ground One:

**GROUND TWO:** Officers siezed items not listed in the scope
of the Warrant issued to search the residence.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Originally search warrant was issued for RPD To search
my residence for some pieces of jewelery that had been reported
stolen, upon finding other items not listed in warrant, they continued
to search and sieze items and later had the search warrant
amended to include these items.

(b) If you did not exhaust your state remedies on Ground Two, explain why: Again according to
my attorney at the time, this was not grounds for direct appeal.

(c) **Direct Appeal of Ground Two:**

(1) If you appealed from the judgment of conviction, did you raise this issue?    ☑ Yes    ☐ No

(2) If you did not raise this issue in your direct appeal, explain why:

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☐ Yes    ☑ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition:

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know):

Date of the court's decision:

AO 241
(Rev. 06/13)

Result (attach a copy of the court's opinion or order, if available): _____

_____

(3) Did you receive a hearing on your motion or petition?               ☑ Yes    ☐ No

(4) Did you appeal from the denial of your motion or petition?          ☐ Yes    ☑ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?  ☐ Yes    ☑ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

Counsel advised me not to

(e)    **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Two :

**GROUND THREE:**        Ineffective assistance of Counsel

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Despite the many issues in my case that could have been raised in trial, my counsel one Matthew E. Chavez encouraged me to take a plea that was not in my best interest as the State had yet to meet the burden of proof concerning some of the charges of the indictment

AO 241
(Rev. 06/13)

(b) If you did not exhaust your state remedies on Ground Three, explain why: _____
_____
_____
_____
_____

(c)     **Direct Appeal of Ground Three:**

(1) If you appealed from the judgment of conviction, did you raise this issue?     ☑ Yes     ☐ No

(2) If you did not raise this issue in your direct appeal, explain why: _____
_____
_____

(d)     **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☐ Yes     ☑ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____
_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____
_____

(3) Did you receive a hearing on your motion or petition?                    ☐ Yes     ☑ No

(4) Did you appeal from the denial of your motion or petition?               ☐ Yes     ☑ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?    ☐ Yes     ☑ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____
_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____
_____
_____
_____

AO 241
(Rev. 06/13)

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

*I can only plead ignorance of appellate law on this issue.*

(e)    **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Three:

**GROUND FOUR:**

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

(b) If you did not exhaust your state remedies on Ground Four, explain why:

(c)    **Direct Appeal of Ground Four:**

(1) If you appealed from the judgment of conviction, did you raise this issue?    ☐ Yes    ☐ No

(2) If you did not raise this issue in your direct appeal, explain why:

(d)    **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☐ Yes    ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition:

Name and location of the court where the motion or petition was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(3) Did you receive a hearing on your motion or petition?                    ☐ Yes      ☐ No

(4) Did you appeal from the denial of your motion or petition?               ☐ Yes      ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?   ☐ Yes      ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_____

_____

_____

_____

_____

_____

(e)    Other Remedies: Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you

have used to exhaust your state remedies on Ground Four: _____

_____

_____

_____

_____

_____

_____

AO 241
(Rev. 06/13)

13. Please answer these additional questions about the petition you are filing:

    (a)    Have all grounds for relief that you have raised in this petition been presented to the highest state court

          having jurisdiction?   ☐ Yes   ☑ No

          If your answer is "No," state which grounds have not been so presented and give your reason(s) for not

          presenting them:   1-3. Time limit to file State Appeal
          and/or Habeas Corpus was exceeded

    (b)    Is there any ground in this petition that has not been presented in some state or federal court? If so, which

          ground or grounds have not been presented, and state your reasons for not presenting them:

          Time limits Exceeded

14. Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction

    that you challenge in this petition?   ☐ Yes   ☑ No

    If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, the issues

    raised, the date of the court's decision, and the result for each petition, application, or motion filed. Attach a copy

    of any court opinion or order, if available.

15. Do you have any petition or appeal now pending (filed and not decided yet) in any court, either state or federal, for

    the judgment you are challenging?   ☐ Yes   ☑ No

    If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues

    raised.

AO 241
(Rev. 06/13)

16.    Give the name and address, if you know, of each attorney who represented you in the following stages of the judgment you are challenging:

(a) At preliminary hearing: _____

(b) At arraignment and plea: _____

(c) At trial: _____

(d) At sentencing:    _Matthew E Chavez._____

(e) On appeal: _____

(f) In any post-conviction proceeding: _____

(g) On appeal from any ruling against you in a post-conviction proceeding: _____

17.    Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?        ☐ Yes    ☑ No

(a) If so, give name and location of court that imposed the other sentence you will serve in the future:

_____

(b) Give the date the other sentence was imposed: _____

(c) Give the length of the other sentence: _____

(d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the future?        ☐ Yes    ☐ No

18.    TIMELINESS OF PETITION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2244(d) does not bar your petition.*

_Due to the conditions of life in prisons during Covid-19 I was unable to obtain many of the necessary documents. Access to the law library in prison was virtually non-existent._

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

\* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2244(d) provides in part that:

(1)    A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody  pursuant to the judgment of a State court.  The limitation period shall run from the latest of -

(A)    the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;

(B)    the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such state action;

(C)    the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

(D)    the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.

AO 241
(Rev. 06/13)

(2)   The time during which a properly filed application for State post-conviction or other collateral review with
respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation
under this subsection.

Therefore, petitioner asks that the Court grant the following relief: _Dismissal of the Charge of_
_trafficking or that all other counts be run Concurrent with the charge_
_of trafficking._

or any other relief to which petitioner may be entitled.

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for

Writ of Habeas Corpus was placed in the prison mailing system on _____ (month, date, year).

Executed (signed) on _____ (date).

_____
Signature of Petitioner

If the person signing is not petitioner, state relationship to petitioner and explain why petitioner is not signing this petition.

_____

_____

_____

_____

STATE OF NEW MEXICO
NOTARY PUBLIC
RACHEL GOMEZ
COMMISSION # 1127999
EXPIRES JANUARY 21, 2024

Grounds

① Due to multiple residents at the address, ownership of all items is not established beyond reasonable doubt.

② After finding contraband outside of the scope of the first warrant, officers siezed said contraband (Narcotics) And later amended search warrant to suit their purposes.

③ Officers opened and searched through a safe that was not listed in either search warrant.

④ Controlled buy conducted by RPD Did not catch Mr Morales selling anything

Relief Requested

Petitioner Humbly requests that the court consider amending sentence, that all other counts be run concurrent with count 1 (Trafficking, a 2nd degree felony), Leaving deffendant to serve 9 years, followed by 2 years parote. Since incarceration, defendand has recieved his

GED, and has strived to improve himself in many ways, and has maintained a good relationship with his family. The defendant humbly asks the court to give him a chance to be a positive, productive member of his community, and use what he has learned to make a better life for him and his family. Thank You

Anthony Morales 84358
6900 W. Millen Drive
Hobbs, NM 88244

RECEIVED
UNITED STATES DISTRICT COURT
LAS CRUCES, NEW MEXICO

OCT 11 2022

MITCHELL R. ELFERS
CLERK OF COURT

United States Courthouse
200 East Griggs Avenue
Las Cruces, NM
88001

SCREENED BY CSO
OCT 07 2022

Hasler
10/05/2022
US POSTAGE $0

