IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ANTHONY MORALES,

    Petitioner,

v.                                                     No. 22-cv-0762 MV-LF

HECTOR BALDERAS, *et al*,

    Respondents.

## FINAL JUDGMENT

Pursuant to Fed. R. Civ. P. 58(a), and consistent with the Memorandum Opinion and Order filed contemporaneously herewith, the Court issues its separate judgment finally disposing of this civil case.

**IT IS ORDERED, ADJUDGED, AND DECREED** that Petitioner Anthony Morales's 28 U.S.C. § 2254 Habeas Petition (**Doc. 1**) is **DISMISSED with prejudice** as time-barred.

_____
HONORABLE MARTHA VÁZQUEZ
SENIOR UNITED STATES DISTRICT JUDGE